IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SYDNEY CARL FRASIER,

      Plaintiff,

vs.                                     CASE NO.: 1:14-CV-00009-MP-GRJ

SHERIFF BOBBY McCALLUM; LT.
SCOTT TUMMOND; INVESTIGATOR
ROB BOWERS; INVESTIGATOR ROGER
BELL; CITY OF WILLISTON; CHIEF DENNIS
STROW; LT. MATTHEW C. FORTNEY; and
OFFICER R.W. PROCTOR,

_____/

## NOTICE OF FILING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS WITH INCORPORATED MEMORANDUM OF LAW

      Defendants, Scott Tummond and Roger Bell, in both their respective individual and official capacities, by and through their undersigned counsel, submit the below evidence in support of their Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | Arrest Warrant for Keith Frasier |
| Exhibit 2 | Arrest Warrant for Keith Frasier |
| Exhibit 3 | Arrest Warrant for Keith Frasier |
| Exhibit 4 | Tummond's Supplemental Report |
| Exhibit 5 | Fortney's Incident Report |
| Exhibit 6 | Deposition Excerpts of Roger Lee Bell |
| Exhibit 7 | Deposition Excerpts of Sydney Carl Frasier |
| Exhibit 8 | Deposition Excerpts of Scott Tummond |

Respectfully submitted,

_____
**JOHN W. JOLLY, JR.**
Florida Bar No. 291961
**JOLLY & PETERSON, P.A.**
Post Office Box 37400
Tallahassee, Florida 32315
Tel:     (850) 422-0282
Fax:     (850) 422-1913

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via U. S. Mail and/or by CM/ECF System delivery to Michael D. Sechrest, 5200 S.W. 91st Terrace, Suite 101, Gainesville, FL 32608; Susan S. Erdelyi and Meagan L. Logan of Marks Gray, P.A., Post Office Box 447, Jacksonville, FL 32201 and Ginger Barry Boyd and Lacey Corona, Broad and Cassel, 4100 Legendary Drive, Suite 280, Destin, FL 32541  this 22nd day of April, 2014.

_____
**JOHN W. JOLLY, JR.**

191396