IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 1:14-cv-00009-MP-GRJ

SYDNEY CARL FRASIER,

    Plaintiff,

v.

SHERIFF BOBBY McCALLUM; LT. SCOTT
TUMMOND; INVESTIGATOR ROGER BELL;
CITY OF WILLISTON; CHIEF DENNIS STROW;
LT. MATTHEW C. FORTNEY; and OFFICER
R.W. PROCTOR,

    Defendants.
_____/

## NOTICE OF FILING IN SUPPORT OF DEFENDANTS CITY OF WILLISTON AND LT. MATTHEW C. FORTNEY'S MOTION FOR SUMMARY JUDGMENT WITH INCORPORATED MEMORANDUM OF LAW

Defendants City of Williston and Lt. Matthew C. Fortney submit the below evidence in support of their Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | Arrest Warrant for Keith Fraiser |
| Exhibit 2 | Arrest Warrant for Keith Frasier |
| Exhibit 3 | Arrest Warrant for Keith Frasier |
| Exhibit 4 | Fortney's Incident Report |
| Exhibit 5 | Deposition Transcript of Sydney Carl Fraiser |
| Exhibit 6 | Deposition Transcript of Matthew Fortney |
| Exhibit 7 | Deposition Transcript of Roger Lee Bell |
| Exhibit 8 | Deposition Transcript of Scott Tummond |
| Exhibit 9 | Deposition Transcript of Rob Bowers |

MARKS GRAY, P.A.

_____
Meagan L. Logan
Florida Bar No.: 018062
Post Office Box 447
Jacksonville, Florida 32201
Telephone: (904) 398-0900
Facsimile: (904) 399-8440

mlogan@marksgray.com

*Attorneys for Defendants City of Williston, Chief Dennis Strow, Lt. Matthew Fortney and Officer R.W. Proctor*

## CERTIFICATE OF SERVICE

I CERTIFY that on 23rd day of April, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent a copy MEM of the foregoing by electronic means to:

| | |
|---|---|
| **Michael D. Sechrest, Esquire**<br>**D. Marc Warner, Esquire**<br>Warner Sechrest Butts<br>5200 SW 91st Terrance, Ste. 101<br>Gainesville, FL 32608<br>sechrest@fbswlaw.com<br>marc@fbswlaw.com<br><br>*Attorneys for Plaintiff* | **John Jolly, Esquire**<br>Jolly & Peterson, P.A.<br>Post Office Box 37400<br>Tallahassee, FL 32315<br>jwj@jollylaw.com<br><br>*Attorney for Defendants McCallum, Tummond & Bell* |

MARKS GRAY, P.A.

_____
Meagan L. Logan
Florida Bar No.: 018062

1131623