**United States District Court**
**Northern District of Florida**
**Gainesville Division**

Case No. 1:14-cv-00009-MW-GRJ

SYDNEY CARL FRASIER,
    Plaintiff,
v.
SHERIFF BOBBY McCALLUM (Formerly Sheriff Johnny Smith), in his official capacity as Sheriff of Levy County a/k/a LEVY COUNTY SHERIFF'S OFFICE; *et al.*,
    Defendants
_____/

## **STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE DUE TO SETTLEMENT**

The undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), request this Court to dismiss this case with prejudice due to settlement with each party bearing its own fees and costs. Counsel for Plaintiff has conferred with the undersigned counsel for Defendants, who have indicated they do not oppose this Motion.

WHEREFORE, Appellant respectfully request the Court dismiss this case with prejudice, with each party bearing its own fees and costs.

*/s/ Meagan L. Logan*
Meagan L. Logan, Esq.
Attorney for Defendants, City of Williston, Strow, Fortney, and Proctor

*/s/ D. Marc Warner*
David Marc Warner, Esq.
Attorney for Plaintiff

*/s/ John Jolly*
John Jolly, Esq.
Attorney for Defendants, Bowers, McCallum, and Tummond

## Certificate of Service

I certify that a copy of the foregoing has been served by CM/ECF on this 8th day of February, 2017 to the person(s) listed below:

| | |
|---|---|
| **Meagan L. Logan, Esq.**<br>**Susan S. Erdelyi, Esq.**<br>**Marks Gray, P.A.**<br>P.O. Box 447<br>Jacksonville, Florida 32201<br>Attorneys for Appellees, City of Williston, Strow, Fortney, and Proctor<br>sse@marksgray.com<br>mlogan@marksgray.com | **John Jolly, Esq.**<br>**Lance Eric Neff, Esq.**<br>**Jolly & Peterson, P.A.**<br>Tallahassee, Florida 32315<br>Attorneys for Appellees, Bowers, McCallum, and Tummond<br>jwj@jollylaw.com |

**By Warner, Sechrest & Butts, P.A.**

*/s/ D. Marc Warner*

**D. Marc Warner, Esq.**
Florida Bar No.: 0151238
5200 SW 91st Terrace, Suite 101
Gainesville, FL 32608
T: (352) 373-5922
F: (352) 373-5921
Attorneys for Plaintiff-Appellant
*Designated Email Addresses:*
Marc@fbswlaw.com
KimHart@fbswlaw.com